**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **BILLY A. BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:08-cv-28** |
| | ) | **(Phillips/Guyton)** |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On October 6, 2008, the Honorable H. Bruce Guyton, United States Magistrate Judge, issued an eight-page Report and Recommendation ("R&R") [Doc. 17], in which he recommended that plaintiff's Motion for Judgment on the Pleadings [Doc. 11] be denied and the Commissioner's Motion for Summary Judgment [Doc. 15] be granted. The deadline for timely objections has passed with no such objections having been filed. After a thorough review of the record, the court finds itself in complete agreement with Judge Guyton's thorough analysis. Accordingly, the R&R [Doc. 17] is **ACCEPTED IN WHOLE**, which the court adopts and incorporates into this ruling, whereby plaintiff's Motion for Judgment on the Pleadings [Doc. 11] is **DENIED** and the Commissioner's Motion for Summary Judgment is **GRANTED**.

**IT IS SO ORDERED**.

**ENTER:**

_____s/ Thomas W. Phillips_____
United States District Judge